# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11626

_____

CHEWY, INC.,

                                Petitioner,

*versus*

U.S. DEPARTMENT OF LABOR,

                                Respondent.

_____

Petition for Review of a Decision of the
Occupational Safety and Health Review Commission
Agency No. 19-0868

_____

JUDGMENT

2                                                                                           22-11626

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 30, 2023

For the Court: DAVID J. SMITH, Clerk of Court